

1600 Liberty Building, 424 Main Street, Buffalo, New York 14202
P 716.854.3400   www.ruppbaase.com

**CHAD A. DAVENPORT**
davenport@ruppbaase.com

November 24, 2021

*Via CM/ECF*

Hon. Jeremiah J. McCarthy
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

Dear Judge McCarthy:

      RE:    Sapienza v. City of Buffalo, et al.
                Docket No.:  1:20-cv-00634
                Our File No.:  4764.27339

      Counsel for the parties have conferred and agree to a mutual 21-day extension of time to submit replies in support of the respective motions for summary judgment.  Should the Court agree to grant the parties this joint request, the defendants' deadline to file a reply in support of their motion for summary judgment would be **December 20, 2021**, and the plaintiffs' reply in support of their cross-motion for summary judgment would be **January 10, 2021**.

      Thank you for the Court's consideration of this request.

      Respectfully submitted,

      *s/Chad A. Davenport*

      Chad A. Davenport, Esq.