

**BYRON W. BROWN**
Mayor of Buffalo

**CAVETTE A. CHAMBERS**
Corporation Counsel

## LAW DEPARTMENT

February 17, 2023

<u>Via cm/ecf</u>
Hon. John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

Re:   *Sapienza, et al. v. City of Buffalo, et al.*
      Civil No.: 20-cv-634

Dear Judge Sinatra:

    Please allow this letter to serve as the parties' Joint Status Update in the above matter. Following our in-person mediation session on December 30, 2023, the parties have continued exploring possible resolution through communications with our Mediator. While the matter has not resolved, the parties have agreed to continue these discussions, and we expect that this will occur over the next few weeks. We therefore respectfully request an additional **thirty (30) days**, or whatever period deemed appropriate by the Court, to continue to engage in mediation.

    Thank you for your continued courtesies and please advise if there is anything else needed.

                                    Respectfully yours,

                                    CAVETTE A. CHAMBERS, ESQ.
                                    Corporation Counsel

                                    */s/Robert E. Quinn*
                                    Robert E. Quinn
                                    Assistant Corporation Counsel

CC:   Chad Davenport, Esq.